# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**FILED**

SEP 11 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **S U P E R S E D I N G** |
| Plaintiff, | ) **I N D I C T M E N T** |
| | ) |
| v. | ) |
| | ) |
| DANNY LEE JOHNSON, | ) JUDGE JEFFREY J. HELMICK |
| aka UNCLE DANNY, | ) |
| SHON ALEXANDER, aka LIL MAN, | ) CASE NO. 3:24CR279 |
| MARK MILTEN CASTILE, | ) Title 21, United States Code, |
| aka CASTILE JR, aka LITTLE MARK, | ) Sections 841(a)(1), (b)(1)(A), |
| MARK MILTON CASTILE, | ) (b)(1)(B), (b)(1)(C), 843(b), and |
| aka CASTILE SR, aka MC, | ) 846; Title 18, United States Code, |
| MARKIER CASTILE, | ) Sections 922(g)(1), 924(a)(8), |
| JOHNNY DIEGO DESOUNTEZ CHERRY, | ) 924(c), and 2 |
| MARQUEZ CLINTON, aka QUEZ, | ) |
| ALYCIA CROSS, | ) |
| ANRICO CUNNINGHAM, aka SUAVE, | ) |
| MARVIN CUNNINGHAM, aka MARV, | ) |
| BRIAN GIVING, aka HURT, | ) |
| BRENT HANSON, | ) |
| SALEI HARRIS, aka BERNARD, | ) |
| ERIC IRBY, | ) |
| BRYONIA MYERS, | ) |
| TREMAR PEARSON, | ) |
| JARVIS POOL, aka SHORTY J, | ) |
| KENDRICK SCOTT, aka CHEESE, | ) |
| DASHOUR SMITH, | ) |
| DEAN SWAIN, aka DINO, | ) |
| | ) |
| Defendants. | ) |

## COUNT 1
(Conspiracy to Distribute, and Possess with the Intent to Distribute, Controlled Substances,
21 U.S.C. § 846)

The Grand Jury charges:

1.      From in or around April 2023 to in or around August 2024, in the Northern

District of Ohio, Western Division, and elsewhere, Defendants DANNY LEE JOHNSON, aka

UNCLE DANNY, SHON ALEXANDER, aka LIL MAN, MARK MILTEN CASTILE, aka

CASTILE JR, aka LITTLE MARK, MARK MILTON CASTILE, aka CASTILE SR, aka MC,

MARKIER CASTILE, JOHNNY DIEGO DESOUNTEZ CHERRY, MARQUEZ CLINTON,

aka QUEZ, ALYCIA CROSS, ANRICO CUNNINGHAM, aka SUAVE, MARVIN

CUNNINGHAM, aka MARV, BRIAN GIVING, aka HURT, BRENT HANSON, SALEI

HARRIS, aka BERNARD, ERIC IRBY, BRYONIA MYERS, TREMAR PEARSON, JARVIS

POOL, aka SHORTY J, KENDRICK SCOTT, aka CHEESE, DASHOUR SMITH, and DEAN

SWAIN, aka DINO, and others known and unknown to the Grand Jury, did unlawfully,

knowingly, and intentionally combine, conspire, confederate, and agree with each other, and

others known and unknown to the Grand Jury, to distribute, and possess with intent to distribute,

mixtures and substances containing detectable amounts of cocaine, fentanyl, and

methamphetamine, all Schedule II controlled substances, and fentanyl analogue, a Schedule I

controlled substance.

    a. As to Defendant JOHNSON, he conspired to distribute, and possess with

       intent to distribute, more than five kilograms of a mixture and substance

       containing a detectable amount of cocaine, in violation of Title 21, United

       States Code, Section 841(a)(1), (b)(1)(A).

    b. As to Defendant ALEXANDER, he conspired to distribute, and possess with

       intent to distribute, a mixture and substance containing a detectable amount

       of cocaine, in violation of Title 21, United States Code, Section 841(a)(1),

       (b)(1)(C).

    c. As to Defendant MARK MILTEN CASTILE (hereinafter, "CASTILE JR"),

       he conspired to distribute, and possess with intent to distribute, more than

400 grams of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), more than 10 grams of a mixture and substance containing a detectable amount of a fentanyl analogue, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and mixtures and substances containing detectable amounts of cocaine and methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

d.  As to Defendant MARK MILTON CASTILE (hereinafter, "CASTILE SR"), he conspired to distribute, and possess with intent to distribute, more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, more than 10 grams of a mixture and substance containing a detectable amount of fentanyl analogue, and more than 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

e.  As to Defendant MARKIER CASTILE, he conspired to distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, as well as methamphetamine, its salts, isomers, and salts of its isomers, both in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

f.  As to Defendant CHERRY, he conspired to distribute, and possess with intent to distribute, more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code,

Section 841(a)(1), (b)(1)(A), more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and mixtures and substances containing detectable amounts of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

g. As to Defendant CLINTON, he conspired to distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

h. As to Defendant CROSS, she conspired to distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

i. As to Defendant ANRICO CUNNINGHAM (hereinafter, "A. CUNNINGHAM"), he conspired to distribute, and possess with intent to distribute, more than 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

j. As to Defendant MARVIN CUNNINGHAM (hereinafter, "M. CUNNINGHAM"), he conspired to distribute, and possess with intent to distribute, more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), more than 40 grams of a mixture and substance

4

containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

k. As to Defendant GIVING, he conspired to distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

l. As to Defendant HANSON, he conspired to distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

m. As to Defendant HARRIS, he conspired to distribute, and possess with intent to distribute, more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and mixtures and substances containing detectable amounts of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

n. As to Defendant IRBY, he conspired to distribute, and possess with intent to distribute, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

o.  As to Defendant MYERS, she conspired to distribute, and possess with intent to distribute, more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), more than 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

p.  As to Defendant PEARSON, he conspired to distribute, and possess with intent to distribute, more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

q.  As to Defendant POOL, he conspired to distribute, and possess with intent to distribute, more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, and more than 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

r.  As to Defendant SCOTT, he conspired to distribute, and possess with intent to distribute, mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

s. As to Defendant SMITH, he conspired to distribute, and possess with intent to distribute, more than 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

t. As to Defendant SWAIN, he conspired to distribute, and possess with intent to distribute, more than 50 grams of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and mixtures and substances containing a detectable amount of fentanyl and cocaine, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

<u>MANNER AND MEANS OF THE CONSPIRACY</u>

2. It was part of the conspiracy that:

A. JOHNSON, ALEXANDER, CASTILE JR, CASTILE SR, MARKIER CASTILE, CHERRY, CLINTON, CROSS, A. CUNNINGHAM, M. CUNNINGHAM, GIVING, HANSON, HARRIS, IRBY, MYERS, PEARSON, POOL, SCOTT, SMITH, and SWAIN were members of the Sandusky Drug Trafficking Operation ("Sandusky DTO"). The goal of the Sandusky DTO was to traffic controlled substances including cocaine, fentanyl, and methamphetamine to customers in the Greater Sandusky area. Members of the Sandusky DTO worked together and with others in order to sell, and facilitate and offer for sale, controlled substances.

B. JOHNSON, an Elyria-based bulk cocaine supplier, arranged delivery of bulk cocaine to purchasers in Northwest Ohio, including CASTILE SR, POOL, SMITH, GIVING, CLINTON, A. CUNNINGHAM, and JOHNSON, assisted by CHERRY,

utilized a network of associates and stash houses to effectuate delivery of cocaine in

Sandusky and avoid detection by law enforcement. After receiving supply from

JOHNSON, sub-dealers including GIVING, SMITH, CLINTON, and A.

CUNNINGHAM distributed cocaine to customers in the Greater Sandusky area.

C.      CASTILE SR received bulk cocaine from JOHNSON, and fentanyl pills

stamped to appear as prescription Oxycodone pills from D.O., known to the Grand Jury,

but not charged herein, and distributed those items to Sandusky individuals including

CASTILE JR, ALEXANDER, M. CUNNINGHAM, and IRBY, for further distribution.

CASTILE SR supplied bulk cocaine to SCOTT, and at other times SCOTT provided bulk

cocaine to CASTILE SR, in order to facilitate both SCOTT and CASTILE SR's further

distribution.

D.      CROSS, CASTILE SR's live-in girlfriend, transported, and assisted in

transporting, cocaine, drug proceeds, and firearms on CASTILE SR's behalf.

E.      HANSON stored cocaine for CASTILE JR and CASTILE SR, and a

firearm for CASTILE SR.

F.      CASTILE JR and M. CUNNINGHAM operated the Chill Palace, a bar in

Sandusky. CASTILE JR distributed fentanyl and fentanyl analogue pills stamped to

appear as prescription Oxycodone pills, methamphetamine, and cocaine from the Chill

Palace and elsewhere to customers including PEARSON, MARKIER CASTILE, and

SMITH, who received and further distributed those substances to customers in the

Sandusky area.  CASTILE JR protected operations at the Chill Palace, including by the

use and discharge of firearms.

G.     M. CUNNINGHAM received bulk methamphetamine sent from California to Sandusky through the United States Postal Service (USPS), and distributed methamphetamine, cocaine, and fentanyl from the Chill Palace and elsewhere.

H.     CHERRY and HARRIS received bulk methamphetamine sent from California to Sandusky through the USPS. CHERRY distributed methamphetamine and fentanyl pills stamped to appear as prescription Oxycodone pills to customers in the Sandusky area, directly and in conjunction with CASTILE JR and M. CUNNINGHAM. Together with JOHNSON, CHERRY distributed bulk cocaine to customers in the Sandusky area, and HARRIS also distributed cocaine obtained from CHERRY, CLINTON, and SMITH.

I.     POOL and MYERS stored bulk methamphetamine, cocaine, powder fentanyl, and fentanyl pills stamped to appear as prescription Oxycodone pills and cocaine in Sandusky on behalf of POOL and JOHNSON. POOL distributed those substances to customers in the Sandusky area including GIVING, for further distribution.

J.     SWAIN maintained an unlicensed gambling house at a residence in Sandusky, from which he distributed methamphetamine, fentanyl, and cocaine to customers including CASTILE JR, MARKIER CASTILE, and SMITH.

K.     JOHNSON, ALEXANDER, CASTILE JR, CASTILE SR, MARKIER CASTILE, CHERRY, CLINTON, CROSS, A. CUNNINGHAM, M. CUNNINGHAM, GIVING, HANSON, HARRIS, IRBY, MYERS, PEARSON, POOL, SCOTT, SMITH, and SWAIN conducted drug trafficking activity by using cellular telephones to make and receive telephone calls and to send and receive text or other electronic messages,

9

including messages sent via the Signal, Telegram, and WhatsApp encrypted messaging services.

L.      When using cellular telephones or text and/or encrypted messaging to conduct drug trafficking activity, JOHNSON, ALEXANDER, CASTILE JR, CASTILE SR, MARKIER CASTILE, CHERRY, CLINTON, CROSS, A. CUNNINGHAM, M. CUNNINGHAM, GIVING, HANSON, HARRIS, IRBY, MYERS, PEARSON, POOL, SCOTT, SMITH, and SWAIN used slang terms, street terminology, or code words or phrases to obscure and disguise the true nature of their activities and the true meaning of their conversations. In particular, members of the conspiracy referred to fentanyl and cocaine products using marijuana slang terms such as "weed," "smoke," "blunts," "kush," "white kush," "blueberry kush," and "green" in order to obfuscate the true nature of the substance. Members of the conspiracy also used terms such as "ball" to refer to 3.5 grams, "zip" to refer to an ounce, "treezy" to refer to 4.5 ounces, "nine pack" to refer to 9 ounces, "hard" to refer to cocaine base, "soft" to refer to cocaine powder, "ice" or "ice wear" to refer to crystal methamphetamine, "blues" or "blue jeans" to refer to fentanyl pills, and a "rack" or "band" to refer to $1,000.

M.      Members of the conspiracy used several different residences in the Sandusky area for the purpose of storing, breaking down, packaging and distributing narcotics and/or narcotics' proceeds.

<u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u>

3.      In furtherance of the conspiracy, and to effect the objects and conceal the existence thereof, Defendants and others performed acts in the Northern District of Ohio, and elsewhere, including but not limited to, the following:

4.      On or about April 17, 2023, PEARSON caused 161.74 grams of a substance containing fentanyl and a firearm to be placed outside his apartment building on Sycamore Line in Sandusky.

5.      On or about May 17, 2023, CASTILE JR sold approximately 27.83 grams of cocaine and 100 fentanyl pills weighing approximately 10.11 grams to Person 1.

6.      On or about May 26, 2023, CASTILE JR and CASTILE SR sold approximately 397 pills containing a fentanyl and xylazine mixture and weighing approximately 42.67 grams, and 110 fentanyl pills weighing approximately 10.11 grams to Person 1.

7.      On or about June 9, 2023, CASTILE JR sold approximately 112.8 grams of cocaine to Person 1.

8.      On or about June 29, 2023, CASTILE JR sold approximately 403 pills containing fentanyl, and weighing approximately 40.95 grams, and 245 pills containing xylazine, heroin, para-fluorofentanyl, and fentanyl, and weighing approximately 33.08 grams, to Person 1.

9.      On or about July 17, 2023, M. CUNNINGHAM attempted to receive a USPS parcel containing bulk methamphetamine at his residence in Sandusky.

10.     On or about August 3, 2023, CASTILE JR sold approximately 55.49 grams of cocaine to Person 1.

11.     On or about August 3, 2023, CASTILE JR offered to sell Person 1 fentanyl pills for $7.00 each if Person 1 purchased 1,000 pills.

12.     On or about August 31, 2023, CASTILE JR and CASTILE SR sold approximately 27.92 grams of cocaine and 96 pills containing para-fluorofentanyl and fentanyl, and weighing 10.39 grams, to Person 1.

13.     On or about January 10, 2024, at approximately 2:50 p.m., CASTILE SR arranged to sell Person 1 two ounces of cocaine.

14.     On or about January 10, 2024, at approximately 2:55 p.m., CASTILE SR placed a call to HANSON and then briefly pulled into the driveway outside HANSON's residence.

15.     On or about January 10, 2024, at approximately 3:18 p.m., CASTILE SR sold approximately 55.96 grams of cocaine to Person 1. CASTILE SR, on an audio recording, told Person 1, "there go the weed right there" when CASTILE SR handed Person 1 cocaine, and confirmed that Person 1 also knew HANSON.

16.     On or about February 15, 2024, CASTILE SR sold approximately 1,023 pills containing fentanyl, and weighing approximately 108.77 grams, to Person 1.

17.     On or about February 20, 2024, CLINTON sold approximately one ounce of cocaine to Person 2.

18.     On or about May 16, 2024, at approximately 12:01 p.m., during a telephone call, MARKIER CASTILE told CASTILE JR, "Let me switch you, uh ten grams of ... for some soft ... let me switch you ten grams for some hard."

19.     On or about May 16, 2024, at approximately 1:13 p.m., during a telephone call, CASTILE JR told MARKIER CASTILE, "he got the ice wear, I got the uh, other s--t." MARKIER CASTILE responded, "I got a n---a that's trying to get a whole zip, you know what I mean?"

20.     On or about May 16, 2024, at approximately 4:38 p.m., during a telephone conversation, CASTILE JR told MARKIER CASTILE, "I just got off the phone with dude, he 'bout to drop the zip off to my house but uh, you 'bout to, you're gonna have to prolly wait for the ... soft." MARKIER CASTILE expressed disappointment at not being able to obtain the

"soft," and explained, "I only had ... like a little under a zip. But I knew, I was savin' that because I knew that I had a play. I had a play for a zip." CASTILE JR responded, "I'm waitin' [on] Brent [(HANSON)] 'cause ... I gave some s---t to Brent before I left to Cleveland so I know he prolly still got some left. So, I'mma just see, if he can uh, just give me a half really quick so I can just swap you out for that really quick, that way can hit your lick. But, I got dude 'bout to bring me that uh, that ice right now though".

21.     On or about May 16, 2024, at approximately 6:07 p.m., SWAIN arrived at CASTILE JR's residence, and during a telephone conversation, told CASTILE JR, "I'm outside."

22.     On or about May 16, 2024, at approximately 6:11 p.m., during a telephone conversation, CASTILE JR told MARKIER CASTILE, "A'right.  I got, I got the zip for you though.  Y-, you can get grab that if you want."

23.     On or about May 17, 2024, during a telephone conversation, SMITH told CASTILE JR, "I ain't trying to have all this dope, bro[,]" and further stated, "Uncle Danny [JOHNSON] putting this s---t up on me, bro," and later, "he said he can do nine packs and-and-and charge you 56 at least." SMITH then added, "the only time I don't f---k with Uncle Dan [(JOHNSON)], is when he ain't, when he says, 'neph I'm done for a little bit.'  As soon as he call my phone ..., for real for real look Dino's [(SWAIN)] putting that s---t up on me.  You know Dino's trying to get, Dino's ... ask him. N---a, you know n---a, bro, dude told me I could get anything I wanted." SMITH continued, "Diego [(CHERRY)] called my phone a couple days ago.  He like hey n---a, he like, 'bro you good?'  I'm like, 'whatch you mean?' He's like, 'man you loaded?' I said, 'hell yea!'  I said, 's---t Unc [(JOHNSON)] dropped that s---t off on me.'

He said, 'okay okay, I was making sure.' He's like, 'I was about to throw that s---t up on you.' Diego [(CHERRY)] about to give me a whole nine pack."

24.    On or about May 17, 2024, during a telephone conversation, IRBY asked CASTILE SR, "I was gon' see if, uh, s---t. What uh you wanted, you wanted four for, uh the half of that rush, right?" and arranged payment for other narcotics.

25.    On or about May 17, 2024, during a telephone conversation conducted after IRBY and CASTILE SR met at a Sandusky movie theater parking lot, IRBY asked, "Yeah, can you bring me, uh, can you bring me the, uh, the seven?" and CASTILE SR responded, "Yea, where you at?"

26.    On or about May 18, 2024, during a telephone conversation with CASTILE SR, SCOTT stated, "Mark, listen to me man, if I make thirteen thousand a month, right, ... what's thirteen thousand times twelve? 156,000." SCOTT continued, "when I quit gambling, I had $110,000 in five months and said, 'oh s---t.' ... Mark, and I wasn't even f------g with the big boys ... I grab a half or a zip and that was it." SCOTT asked CASTILE SR, "what's $250 times 4?" CASTILE SR responded, "1,000" and SCOTT asked, "what I make?" CASTILE SR responded, "uh, 700." SCOTT asked, "why wouldn't I keep doing that?"

27.    On or about May 18, 2024, during a telephone conversation with JOHNSON, CASTILE SR stated, "I started that movement, some s---t. I'm looking, looking like I should have about 15 to-to two for you here, uh, probably Monday sometime or something like that."

28.    On or about May 19, 2024, during a telephone conversation with CASTILE JR, SMITH asked, "you got some blues?" in reference to fentanyl pills, and after CASTILE JR confirmed that he did, SMITH asked, "How much you gonna charge me for a couple of 'em ... for 15 of 'em?" CASTILE JR responded, "just give me five" in reference to the price per pill.

29.     On or about May 20, 2024, during a telephone conversation with JOHNSON, CASTILE SR stated, "I'm headed to you now. I see, I was gonna say I got that thousand. Give you a thousand.... I gotta run up there to the uh, VacationLand [Credit Union] anyway."

30.     On or about May 20, 2024, CASTILE SR met JOHNSON at the VacationLand Credit Union parking lot in Sandusky, Ohio.

31.     On or about May 21, 2024, during a telephone conversation, ALEXANDER told CASTILE SR, "I still got a little over a zip if you wanna bring me sum'. I mean, you know the, the, the tab is gon' get paid regardless." Later in the conversation, ALEXANDER told CASTILE SR, "I owe you thirty-two hundred for the green."

32.     On or about May 21, 2024, during a telephone conversation, CASTILE SR told ALEXANDER, "I'll prolly just bring you them, bring you that … bring you them …" ALEXANDER told CASTILE SR, "I really want the nine. Like my hand good, I can work the nine" and CASTILE SR replied, "Okay. A'right."

33.     On or about May 23, 2024, during a telephone conversation regarding fentanyl pills, CHERRY told CASTILE JR, "depending on how many you willing to grab. You grab enough of 'em, I'll get 'em ... to you for a dollar fifty."

34.     On or about May 24, 2024, during a telephone conversation regarding fentanyl pills, CHERRY told CASTILE JR, "I'll bring you two thousand. You'll give me 1.50 for a piece for the first thousand. Then the other thousand – n---a, you just do what you do."

35.     On or about May 25, 2024, during a telephone conversation, PEARSON asked CASTILE JR, "hey, you, you still got uh, the blue jeans around?" in reference to fentanyl pills. PEARSON clarified, "if I f--k with 'em I'm trying to get like a thousand or better…" and CASTILE JR replied that he would sell the pills for around $2.00 each for that quantity.

36.     On or about May 26, 2024, during a telephone conversation regarding the use of internet applications such as CashApp to obscure the origins of bulk currency, CASTILE JR stated that he had recently sent $13,000 in drug proceeds to a female using CashApp, and M. CUNNINGHAM told CASTILE JR, "Neph, I do mine the same ... Man, you don't have to pay nothing if you get Chime and all this s--t." CUNNINGHAM continued, "I got an LLC and CashApp. I got a ... clothing store on my LLC. I pay taxes on it every year. F--k y'all..."

37.     On or about May 30, 2024, during a telephone conversation that occurred immediately following search warrant executions at locations in Sandusky including the Chill Palace operated by CASTILE JR and M. CUNNINGHAM, CASTILE JR instructed Person 3 to go inside CASTILE JR's residence and remove items from CASTILE JR's mailbox, a cabinet drawer, and inside a slit in his couch. CASTILE JR then instructed Person 3, "Now after you grab it, take it to Marv [(M. CUNNINGHAM)]. Give it to Marv. Marv 'bout to be outside ... Give all of that to Marv."

38.     On or about May 30, 2024, during a telephone call between CASTILE SR and M. CUNNINGHAM, CASTILE SR asked, "you don't think the authorities know that you have the most money?", to which CUNNINGHAM replied, "I don't care about none of that."

39.     On or about May 30, 2024, following search warrant executions in Sandusky referenced above, CASTILE SR directed CROSS to take narcotics from their shared residence in Sandusky to ALEXANDER.

40.     On or about May 30, 2024, during a telephone conversation about the relocated narcotics delivered by CROSS, CASTILE SR told ALEXANDER, "put it – just put it up ... somewhere safe. You know they doing ugly s--t right now."

41.     On or about May 30, 2024, during a telephone conversation, CROSS told CASTILE SR, "I'm mad that you told me to go get – take it to GPaw's house, and if I get pulled over, I'm going to prison."

42.     On or about May 31, 2024, during a telephone conversation, CASTILE SR stated to ALEXANDER, "how much was that that you just gave me? Four?" After ALEXANDER confirmed, CASTILE SR asked, "okay, so what is that? Three?" and ALEXANDER stated, I owe you, I owe you three." CASTILE SR then stated that "I told you to … get out to Eric IRBY" and ALEXANDER replied, "…I did that, I did what you told me, I gave him the basketball of green."

43.     On or about June 1, 2024, during a telephone conversation regarding ALEXANDER's earnings from selling ounces of cocaine, ALEXANDER told CASTILE SR, "You charging me 750, so, you know, that's like what, 250?" and CASTILE SR responded, "no, it's like 725 is what I'm charging you, so you'll be down, … you make like 275 … and then – say you do 10 x 275, you making 2700 just doing that." ALEXANDER then told CASTILE SR, "my dude, he-he gets like three and four of 'em a day" and CASTILE SR responded, "you want to do them all day..."

44.     On or about June 2, 2024, CROSS assisted CASTILE SR in transporting a Glock 19 9mm pistol with serial number BTWV695 to HANSON, who stored the firearm on CASTILE SR's behalf.

45.     On or about June 2, 2024, during a telephone conversation, CASTILE SR told HANSON, "Yeah, I said, 's--t,' my girl [(CROSS)] kept sayin' that s--t about this gun." CASTILE SR continued, "My girl [(CROSS)] keeping saying, Mark [(CASTILE SR)], you gonna get three years" and then, "I'm like, 's--t.' Let me just take it to Brent [(HANSON)]."

CASTILE SR further explained, regarding a search warrant that had just been executed at CASTILE JR's residence and business, and his resulting fear that a search warrant would be executed at CASTILE SR's residence, "That being my son [(CASTILE JR)], I'm thinking like some of the conversations we might have had. I'm thinking like, 'Oh my G-d.'"

46.     On or about June 2, 2024, during a telephone conversation with CROSS, CASTILE SR stated, "Somebody gonna snitch, and the people gon' go to prison for a long time about either some drugs or … some type of any of that s--t. Everybody tellin.'" CROSS responded, "S--t, Brent [(HANSON)] gon' tell, too." CASTILE SR replied, "that b---h [(the firearm)] got a lock on it. I told him [(HANSON)]. I said, 'Man, I'll just be back to get it."

47.     On or about June 8, 2024, during a telephone conversation, ALEXANDER told CASTILE SR, "Yeah, I'll have a band for you today," and in a later call that same day, "you want to come get this rack?" Minutes later, in another call, CASTILE SR stated, "I'm 'bout to tell Alycia [CROSS] to come that way right now."

48.     On or about June 8, 2024, CROSS picked up drug proceeds from ALEXANDER on CASTILE SR's behalf, and then, during a telephone conversation, CROSS told CASTILE SR, "I just got some money."

49.     On or about July 10, 2024, during a telephone conversation, CASTILE SR told M. CUNNINGHAM, "be careful 'cause I just noticed it was hole on the side on that green, so, uh… you know I just seen it in my f----n' pocket… you just gotta look."

50.     On or about June 24, 2024, HARRIS, acting on behalf of CHERRY, attempted to receive a USPS parcel containing bulk methamphetamine.

51.     On or about July 11, 2024, JOHNSON and CHERRY met at a residence on Tiffin Avenue in Sandusky in order to break down and repackage bulk supplies of cocaine.

52.     On or about July 15, 2024, during a telephone conversation regarding cocaine, JOHNSON stated, "Uh, yeah, I got three of em' then I'll bring you one more tomorrow morning before work." CLINTON replied "that's four, with – that's 12." JOHNSON replied, "that'd be 13 and a half," to which CLINTON stated, "and one more.  That'll be 18, right?"

53.     On or about July 19, 2024, during a telephone conversation between CASTILE SR and M. CUNNINGHAM following CHERRY's arrest, M. CUNNINGHAM stated, "what's gonna crush everybody is [(CHERRY's)] motherf----n' telephone."

54.     On or about July 19, 2024, during a telephone conversation between CASTILE SR and M. CUNNINGHAM, M. CUNNINGHAM stated, "if I can't do nuttin' but go out and trap myself and trap me two or three hundred dollars a day, that's how I gotta do it. Cheese [(SCOTT)] over, Cheese over there buying a quarter a day, going through it, crushing the game. Everybody else just warehousing s--t for him. Crushing the game. [(SCOTT)] told, he said half of these motherf----rs so stupid, I ain't never out. And then I ain't never buying no more than a quarter no more. Crushing. Crushing. I mean crushing. Still serving a motherf----n' ball each for 300." CASTILE SR responded to M. CUNNINGHAM, "you let me and you do that." M. CUNNINGHAM then replied, "[(SCOTT's)] been in the same spot for 20 years."

55.     On or about July 23, 2024, during a telephone conversation between JOHNSON and POOL regarding fears of police responding to a local disturbance, POOL referred to "merch" and stated that, "Rodney's car got everything in it, bro." JOHNSON responded, "the merch?" and POOL replied, "yeah." JOHNSON asked, "what, you had [(MYERS)] holding it? and POOL replied "I'm – yeah." JOHNSON stated, "What that all have to do with my merch?" and later, "You know this how we livin' and surviving." POOL explained, "I'm in a crisis with

nowhere to go. I'm trying to get this little b---h [(MYERS)] to hold the merch." JOHNSON then told POOL, "wrong person see that, cuz, that's the rest of your life."

56.     On or about July 23, 2024, during a telephone conversation between JOHNSON and A. CUNNINGHAM, A. CUNNINGHAM stated, "Oh yeah. I just seen your message. Imma uh ... Imma give you uh 26, um, in like a day or two. I'm waitin' ... I'm waitin' on this motherf----r to give me his bread now. I'm 'bout to hit him." JOHNSON replied, "I gotta straighten my hand with him. I think that might be the thing now."

57.     On or about July 24, 2024, POOL sold approximately one ounce of cocaine to Person 4.

58.     On or about July 24, 2024, during a telephone conversation, SMITH told JOHNSON, "I make like 4 or 500 off each one, but just been getting two off Suave [(A. CUNNINGHAM)], though. So, like I was gettin' four, then went down on three. I'm just gonna get two off that n---a..." Continuing in an adjoining call, SMITH told JOHNSON, "I give that b---h three grams every day. But I got her so crazy, I'll give her two grams one day, then I'll save a gram ... for the morning. She pays me every two days. That b---h, she didn't pay me 250. She owe, she still owe me 80. Naw, she owe me 180 now, matter of fact. Again." SMITH went on to discuss a recent search warrant at SMITH's residence and stated to JOHNSON, "They didn't find nothing. Only thing they found here, Unc, was two pistols and eight grams ... they didn't [find] the other s--t. My little brother flushed that s--t."

59.     On or about July 25, 2024, during a telephone conversation, A. CUNNINGHAM told JOHNSON, "S--t, dude just dropped me off a little band, man."

60.     On or about July 25, 2024, JOHNSON traveled to Sandusky, and once he arrived, asked A. CUNNINGHAM, "where you want this at?" A. CUNNINGHAM responded, "put it

somewhere in the other house and lock the door" and JOHNSON replied, "you know they hot on the South Side."

61.     On or about July 29, 2024, MYERS possessed distribution amounts of crystal methamphetamine, fentanyl, fentanyl pills, and cocaine on behalf of POOL.

62.     On or about August 1, 2024, at approximately 12:46 p.m., during a telephone conversation, GIVING told JOHNSON, "Hey, I think I'ma need to get up with you, man ... as soon as possible, bro. I got a couple moves when I get off of here." JOHNSON asked in response, "you got, uh cuz's bread already or --?" GIVING replied, "naw, I just got something that's bigger ... I can't fill the order. I got a couple zips... I only got like one and a half"

63.     On or about August 1, 2024, at approximately 1:26 p.m., during a telephone conversation, JOHNSON told GIVING, "fam, it's more than on, I was just letting you know that." GIVING responded, "listen, this is what I was telling you... I owed Shorty J [(POOL)] three thousand ... if I f--k with you, I can go give him all the money." JOHNSON replied, "if you give him his, you can just get another track, whatever you want to get, I don't care." JOHNSON and GIVING discussed POOL, who had recently left Ohio after the search warrant at MYERS' residence, and JOHNSON told GIVING, "it's still the same. Yeah, it's still, it's still gon' be the same."

64.     On or about August 1, 2024, at approximately 1:49 p.m., during a telephone conversation, GIVING told JOHNSON, "I'ma try to give you 2500 today... Or closer to it because I got, I got some money. I'm just saying, I just got a couple licks... but if anything, ... I would like to have a track today." GIVING continued, "I'm tryna get out of there now 'cause mother----s calling me like a mother----r" and JOHNSON responded, regarding

contemporaneous arrests and drug seizures and resulting increases in price and demand, "it's a drought, cuz."

65.     On or about August 1, 2024, during a telephone conversation about prices for a half kilogram of cocaine, JOHNSON told SMITH, "them mother-----s going for like twelve, thirteen right now. Its f----d up."

66.     On or about August 2, 2024, during a telephone conversation, CASTILE SR told M. CUNNINGHAM, "Deano [(SWAIN)] said he ain't – Deano ain't doing s--t." M. CUNNINGHAM responded, "stop listening to what those dudes say[,] … I just took your son [(CASTILE JR)] there last night."

67.     On or about August 2, 2024, during a telephone conversation, GIVING told JOHNSON, "you know that what-you-call-it was only four, too." JOHNSON replied, "it wasn't four-and-a-half?" GIVING responded, "it came up to 115."

68.     On or about August 3, 2024, during a telephone conversation, CASTILE SR told SCOTT, "s--t, soon as it get dark, I'll be there to talk to you."

69.     On or about August 5, 2024, during a telephone conversation, SCOTT told CASTILE SR, "tryin' to see if you can pay me 'fore the weekend – before the week there." CASTILE SR responded, "Imma pay you your money. I promise you, dude… As fast as I get it, Imma bring it right to you." CASTILE SR continued, "let me see if Marv [(M. CUNNINGHAM)] would let me borrow it now."

70.     On or about August 7, 2024, SWAIN possessed distribution amounts of crystal methamphetamine, fentanyl, and cocaine at a gambling house he maintained in Sandusky.

All in violation of Title 21, United States Code, Section 846.

## COUNTS 2-4
(Possession of Methamphetamine with the Intent to Distribute,
21 U.S.C. § 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

71.     On or about the dates listed below, in the Northern District of Ohio, Western

Division, the Defendants listed below did knowingly and intentionally possess with the intent to

distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a

Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 2 | BRYONIA MYERS<br>JARVIS POOL, aka SHORTY J | July 29, 2024 |
| 3 | JARVIS POOL, aka SHORTY J | August 5, 2024 |
| 4 | DEAN SWAIN, aka DINO | August 7, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), and Title 18, United

States Code, Section 2.

## COUNTS 5-6
(Attempted Possession of Methamphetamine with the Intent to Distribute,
21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 846)

The Grand Jury further charges:

72.     On or about the dates listed below, in the Northern District of Ohio, Western

Division, the Defendants listed below did knowingly and intentionally attempt to possess with

the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 5 | MARVIN CUNNINGHAM, aka MARV | July 17, 2023 |
| 6 | JOHNNY DIEGO DESOUNTEZ CHERRY<br>SALEI HARRIS, aka BERNARD | June 24, 2024 |

in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846, and Title 18,

United States Code, Section 2.

## COUNTS 7-9
### (Distribution of Fentanyl,
### 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

73.     On or about the dates listed below, in the Northern District of Ohio, Western Division, the Defendants listed below did knowingly and intentionally distribute more than 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|---|---|---|
| 7 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK<br>MARK MILTON CASTILE, aka CASTILE SR, aka MC | May 26, 2023 |
| 8 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK | June 29, 2023 |
| 9 | MARK MILTON CASTILE, aka CASTILE SR, aka MC | February 15, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNTS 10-11
### (Distribution of Fentanyl Analogue,
### 21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

74.     On or about the dates listed below, in the Northern District of Ohio, Western Division, the Defendants listed below did knowingly and intentionally distribute more than 10 grams of a mixture and substance containing a detectable amount of para-fluorofentanyl, a fentanyl analogue and Schedule I controlled substance, as follows:

| Count | Defendant(s) | Date |
|---|---|---|
| 10 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK | ~~May~~ June 29, 2023 |
| 11 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK<br>MARK MILTON CASTILE, aka CASTILE SR, aka MC | August 31, 2023 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United

States Code, Section 2.

COUNT 12
(Distribution of Methamphetamine,
21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

75.     On or about May 16, 2024, in the Northern District of Ohio, Western Division,

Defendants MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK, and DEAN

SWAIN, aka DINO, did knowingly and intentionally distribute 5 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance,

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United

States Code, Section 2.

COUNTS 13-18
(Possession of Fentanyl with the Intent to Distribute,
21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

76.     On or about the dates listed below, in the Northern District of Ohio, Western

Division, the Defendants listed below did knowingly and intentionally possess with the intent to

distribute 40 grams or more of a mixture and substance containing a detectable amount of

fentanyl, a Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 13 | TREMAR PEARSON | April 17, 2023 |
| 14 | MARK MILTON CASTILE, aka CASTILE SR, aka MC | February 15, 2024 |
| 15 | MARVIN CUNNINGHAM, aka MARV<br>MARK MILTEN CASTILE, aka CASTILE JR,<br>  aka LITTLE MARK | May 30, 2024 |
| 16 | BRYONIA MYERS<br>JARVIS POOL, aka SHORTY J | July 29, 2024 |
| 17 | JARVIS POOL, aka SHORTY J | August 5, 2024 |

25

| 18 | DEAN SWAIN, aka DINO | August 7, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

COUNTS 19-20
(Possession of Cocaine with the Intent to Distribute,
21 U.S.C. § 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

77.     On or about the dates listed below, in the Northern District of Ohio, Western Division, the Defendants listed below did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 19 | JOHNNY DIEGO DESOUNTEZ CHERRY<br>DANNY LEE JOHNSON, aka UNCLE DANNY | July 11, 2024 |
| 20 | BRYONIA MYERS<br>JARVIS POOL, aka SHORTY J | July 29, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B), and Title 18, United States Code, Section 2.

COUNTS 21-22
(Distribution of Fentanyl,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

78.     On or about the dates listed below, in the Northern District of Ohio, Western Division, the Defendants listed below did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 21 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK | May 17, 2023 |
| 22 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK | May 19, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

<u>COUNTS 23-31</u>
(Distribution of Cocaine,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

79.     On or about the dates listed below, in the Northern District of Ohio, Western Division, the Defendants listed below did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 23 | MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK (hereinafter, "CASTILE JR") | May 17, 2023 |
| 24 | CASTILE JR | June 9, 2023 |
| 25 | MARK MILTON CASTILE, aka CASTILE SR, aka MC (hereinafter, "CASTILE SR") DASHOUR SMITH | August 3, 2023 |
| 26 | CASTILE JR CASTILE SR | August 31, 2023 |
| 27 | CASTILE SR | January 10, 2024 |
| 28 | MARQUEZ CLINTON, aka QUEZ | February 20, 2024 |
| 29 | CASTILE JR DASHOUR SMITH | May 28, 2024 |
| 30 | DANNY LEE JOHNSON, aka UNCLE DANNY | July 15, 2024 |
| 31 | JARVIS POOL, aka SHORTY J | July 24, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 32
(Possession of Fentanyl with the Intent to Distribute,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

80. On or about May 30, 2024, in the Northern District of Ohio, Western Division,

Defendant JOHNNY DIEGO DESOUNTEZ CHERRY, did knowingly and intentionally possess

with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a

Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1),

(b)(1)(C).

## COUNTS 33-38
(Possession of Cocaine with the Intent to Distribute,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

81. On or about the dates listed below, in the Northern District of Ohio, Western

Division, the Defendants listed below did knowingly and intentionally possess with the intent to

distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II

controlled substance, as follows:

| Count | Defendant(s) | Date |
|-------|--------------|------|
| 33 | JOHNNY DIEGO DESOUNTEZ CHERRY | May 30, 2024 |
| 34 | DASHOUR SMITH | May 30, 2024 |
| 35 | SHON ALEXANDER, aka LIL MAN | July 16, 2024 |
| 36 | ANRICO CUNNINGHAM, aka SUAVE | August 2, 2024 |
| 37 | JARVIS POOL, aka SHORTY J | August 5, 2024 |
| 38 | DEAN SWAIN, aka DINO | August 7, 2024 |

in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), and Title 18, United

States Code, Section 2.

## COUNT 39
(Possession of Cocaine with the Intent to Distribute,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

82.     On or about August 2, 2024, in the Northern District of Ohio, Eastern Division,

Defendant DANNY LEE JOHNSON, aka UNCLE DANNY, did knowingly and intentionally

possess with the intent to distribute a mixture and substance containing a detectable amount of

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1), (b)(1)(C).

## COUNTS 40-55
(Use of a Communications Facility to Facilitate a Drug Trafficking Offense,
21 U.S.C. § 843(b))

The Grand Jury further charges:

83.     The allegations of Count 1 are hereby re-alleged and incorporated herein.

84.     On or about the dates and approximate times listed below, in the Northern District

of Ohio, Western Division, the Defendants listed below did knowingly and intentionally use a

communication facility, to wit: a telephone, to facilitate acts constituting a felony under Title 21,

United States Code, Sections 841(a)(1) and 846:

| Count | Defendant(s) | Date | Approximate time |
|---|---|---|---|
| 40 | MARKIER CASTILE | May 16, 2024 | 12:01 p.m. |
| 41 | DEAN SWAIN, aka DINO | May 16, 2024 | 6:07 p.m. |
| 42 | ERIC IRBY | May 17, 2024 | 4:52 p.m. |
| 43 | MARVIN CUNNINGHAM, aka MARV | May 18, 2024 | 11:55 a.m. |
| 44 | TREMAR PEARSON | May 25, 2024 | 9:59 a.m. |
| 45 | MARK MILTEN CASTILE,<br>Aka CASTILE JR, aka LITTLE MARK<br>JOHNNY DIEGO DESOUNTEZ CHERRY | May 27, 2024 | 10:30 a.m. |
| 46 | DASHOUR SMITH | May 28, 2024 | 5:12 p.m. |
| 47 | ALYCIA CROSS | May 30, 2024 | 11:09 a.m. |
| 48 | SHON ALEXANDER, aka LIL MAN<br>MARK MILTON CASTILE,<br>aka CASTILE SR, aka MC | May 31, 2024 | 2:59 p.m. |

| 49 | BRENT HANSON | June 2, 2024 | 10:56 p.m. |
| 50 | MARQUEZ CLINTON, aka QUEZ DANNY LEE JOHNSON, aka UNCLE DANNY | July 15, 2024 | 3:12 p.m.. |
| 51 | JARVIS POOL, aka SHORTY J | July 23, 2024 | 12:21 p.m. |
| 52 | SALEI HARRIS, aka BERNARD | June 24, 2024 | 12:26 p.m. |
| 53 | ANRICO CUNNINGHAM, aka SUAVE | July 25, 2024 | 4:55 p.m. |
| 54 | BRIAN GIVING, aka HURT | August 1, 2024 | 1:51 p.m. |
| 55 | KENDRICK SCOTT, aka CHEESE | August 5, 2024 | 5:06 p.m. |

All in violation of Title 21, United States Code, Section 843(b).

## ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTIONS 841(b)(1)(B), and 846
(Prior Felony Drug Offense Conviction, 21 U.S.C. § 841 (b)(1)(B))

85.     The allegations of Counts 1, 7, 9, 11, and 14 are hereby re-alleged and incorporated herein.

86.     Before Defendant MARK MILTON CASTILE, aka CASTILE SR, aka MC, committed the offenses charged in this indictment, CASTILE SR had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 846, to wit: Conspiracy to Possess with Intent to Distribute Cocaine and Cocaine Base, in case number 1:10CR432-11, in the United States District Court for the Northern District of Ohio, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## ENHANCED PENALTY UNDER TITLE 21, UNITED STATES CODE, SECTIONS 841(b)(1)(A), (b)(1)(B), and 846
(Prior Felony Drug Offense Conviction, 21 U.S.C. § 841(b)(1)(A) and (b)(1)(B))

87.     The allegations of Counts 1, 4, 12, and 18 are hereby re-alleged and incorporated herein.

88.     Before Defendant DEAN SWAIN, aka DINO, committed the offenses charged in this indictment, SWAIN had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Section 841(a)(1), (b)(1)(C), to wit: Possession with Intent to Distribute Cocaine, in case number 3:05CR735-01, in the United States District Court for the Northern District of Ohio, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT 56
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

89.     On or about August 18, 2023, in the Northern District of Ohio, Western Division, Defendant MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK, did knowingly possess a firearm, to wit: a Glock 43X 9mm pistol with serial number BYPD669, in furtherance of a drug trafficking crime for which he can be prosecuted in a court of the United States, to wit: Conspiracy to Distribute, and Possess with the Intent to Distribute, Controlled Substances, as charged in Count 1 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT 57
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime - Second,
18 U.S.C. § 924(c)(1)(C)(i))

The Grand Jury further charges:

90.     On or about August 7, 2024, in the Northern District of Ohio, Western Division, Defendant DEAN SWAIN, aka DINO, did knowingly possess a firearm, to wit: a Ruger Model Security 9 Pro 9mm pistol, bearing serial number 384-51664, in furtherance of a drug trafficking

crime for which he can be prosecuted in a court of the United States, to wit: Conspiracy to

Distribute, and Possess with the Intent to Distribute, Controlled Substances, as charged in Count

1 of this Indictment, and Possession with Intent to Distribute a Controlled Substance, as charged

in Counts 4, 32, and 38 of this Indictment, having previously been convicted of a violation under

the same subsection in case number 3:05CR735-01, in the United States District Court for the

Northern District of Ohio, in violation of Title 18, United States Code, Section 924(c)(1)(C)(i).

COUNT 58
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

91.     On or about April 17, 2023, in the Northern District of Ohio, Western Division,

Defendant TREMAR PEARSON, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, that being: F4 Trespass in a

Habitation, on or about January 25, 2022, in Case Number 2021CR0400, in the Common Pleas

Court of Erie County, did knowingly possess in and affecting interstate commerce a firearm, to

wit: a Glock 17 9mm pistol, bearing serial number BTVZ744, and ammunition, said firearm and

ammunition having been shipped and transported in interstate commerce, in violation of Title 18,

United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 59
(Felon in Possession of Firearms and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

92.     On or about May 30, 2024, in the Northern District of Ohio, Western Division,

Defendant DASHOUR SMITH, knowing he had previously been convicted of crimes punishable

by imprisonment for a term exceeding one year, those being: F2 Participating in a Criminal

32

Gang, on or about August 2, 2016, in Case Number 2016CR193, and F3 Possession of Cocaine, on or about October 21, 2021, in Case Number 2021CR0163, both in the Common Pleas Court of Erie County, did knowingly possess in and affecting interstate commerce firearms, to wit: a Glock .22 caliber pistol with serial number AEFX625 and a Springfield XD .40 caliber pistol with serial number XD333101, and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 60
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

93.     On or about May 30, 2024, in the Northern District of Ohio, Western Division, Defendant JOHNNY DIEGO DESOUNTEZ CHERRY, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: F3 Preparation of Crack Cocaine for Sale Within the Boundaries of a School, on or about December 2, 2002, in Case Number 2001CR486, Trafficking in Crack Cocaine Within 1000 Feet of a School, on or about December 2, 2002, in Case Number 2002CR264, and F3 Trafficking in Cocaine, on or about July 9, 2021, in Case Number 2019CR0312, all in the Common Pleas Court of Erie County, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ruger SR40c .40 caliber pistol with serial number 343-72694, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 61
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

94.     On or about June 2, 2024, in the Northern District of Ohio, Western Division,

Defendants MARK MILTON CASTILE, aka CASTILE SR, aka MC, and BRENT HANSON,

knowing CASTILE SR had previously been convicted of crimes punishable by imprisonment for

a term exceeding one year, those being:  F4 Complicity to Crack Cocaine Trafficking within

1000 Feet of a School and F2 Possession of Crack Cocaine, on or about March 15, 2002, in Case

Number 2001CR021, in the Common Pleas Court of Erie County, Conspiracy to Possess with

Intent to Distribute Cocaine and Cocaine Base, on or about March 5, 2013, in case number

1:10CR432-11, in the United States District Court for the Northern District of Ohio, and F4

Trafficking in Cocaine, on or about June 12, 2018, in Case Number 2018CR081, in the Common

Pleas Court of Erie County, did knowingly possess in and affecting interstate commerce a

firearm, to wit: a Glock 19 9mm pistol with serial number BTWV695, and ammunition, said

firearm and ammunition having been shipped and transported in interstate commerce, in

violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT 62
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

95.     On or about May 30 [August 2], 2024, in the Northern District of Ohio, Eastern Division,

Defendant DANNY LEE JOHNSON, aka UNCLE DANNY, knowing he had previously been

convicted of crimes punishable by imprisonment for a term exceeding one year, those being: F4

Trafficking in Cocaine Within 1,000 Feet of a School, on or about June 26, 2008, in Case

34

Number 2007CR443, and F3 Trafficking in Crack Cocaine, on or about July 16, 2010, in Case Number 2010CR118, both in in the Common Pleas Court of Erie County, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith & Wesson .40 caliber pistol with serial number HVB4750, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 63
(Felon in Possession of Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

96.     On or about August 7, 2024, in the Northern District of Ohio, Western Division, Defendant DEAN SWAIN, aka DINO, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: F2 Robbery, on or about August 17, 2000, in Case Number 2000CR025, in the Common Pleas Court of Erie County, Possession with Intent to Distribute Cocaine, Felon in Possession of a Firearm, and Possession a Firearm in Furtherance of Drug Trafficking, in the United States District Court for the Northern District of Ohio, in Case Number 3:05CR735-01, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ruger Model Security 9 Pro 9mm pistol, bearing serial number 384-51664, and ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE SPECIFICATION

The Grand Jury further charges:

97.     For the purposes of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) the allegations of Counts 1 through 63 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DANNY LEE JOHNSON, aka UNCLE DANNY, SHON ALEXANDER, aka LIL MAN, MARK MILTEN CASTILE, aka CASTILE JR, aka LITTLE MARK, MARK MILTON CASTILE, aka CASTILE SR, aka MC, MARKIER CASTILE, JOHNNY DIEGO DESOUNTEZ CHERRY, MARQUEZ CLINTON, aka QUEZ, ALYCIA CROSS, ANRICO CUNNINGHAM, aka SUAVE, MARVIN CUNNINGHAM, aka MARV, BRIAN GIVING, aka HURT, BRENT HANSON, SALEI HARRIS, aka BERNARD, ERIC IRBY, BRYONIA MYERS, TREMAR PEARSON, JARVIS POOL, aka SHORTY J, KENDRICK SCOTT, aka CHEESE, DASHOUR SMITH, and DEAN SWAIN, aka DINO, shall forfeit to the United States any and all property constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the violations charged in Counts 1 through 55,  any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations charged in Counts 1 through 55; and all firearms and ammunition involved in, or used in violation of Counts 56 through 63; including, but not limited to, the following:

a.  a Glock 17 9mm pistol with serial number BTVZ744 and ammunition, seized from 912 Sycamore Line, from TREMAR PEARSON, on April 17, 2023;

b.  a Glock 43X 9mm pistol with serial number BYPD669 and ammunition, seized from MARK MILTEN CASTILE on January 4, 2024;

c.  a Ruger SR40c .40 caliber pistol with serial number 343-72694 and
ammunition, seized from a residence on Depot Street, Sandusky, Ohio, from
JOHNNY DIEGO DESOUNTEZ CHERRY, on May 30, 2024;

d.  a Glock .22 caliber pistol with serial number AEFX625 and a Springfield XD
.40 caliber pistol with serial number XD333101 and ammunition, seized from
a residence on Perry Street in Sandusky, Ohio, from DASHOUR SMITH, on
May 30, 2024;

e.  a Lorcin Firearms .25 caliber pistol with serial number 355787 and
ammunition, seized from a residence on Lindsley Street in Sandusky, Ohio,
from SHON ALEXANDER, on July 16, 2024;

f.  a black 12-gauge shotgun with an obliterated serial number seized from a
residence on Carr Street in Sandusky, Ohio, from BRYONIA MYERS and
JARVIS POOL, on July 29, 2024;

g.  a Smith & Wesson .40 caliber pistol with serial number HVB4750 and
ammunition, seized from a residence on West River Road N in Elyria, Ohio,
from DANNY LEE JOHNSON, on August 2, 2024;

h.  a Ruger Model Security 9 Pro 9mm pistol with serial number 384-51664 and
ammunition, seized from a residence on West Larchmont Drive in Sandusky,
Ohio, from DEAN SWAIN, on August 7, 2024;

i.  a Glock 19 9mm pistol with serial number BTWV695 and ammunition,
seized from a residence on Shelby Street in Sandusky, Ohio, from MARK
MILTON CASTILE and BRENT HANSON, on August 8, 2024;

j.   $4,982.00 in U.S. Currency seized from DANNY LEE JOHNSON, on
     August 2, 2024;

k.   $7,799.00 in U.S. Currency seized from ANRICO CUNNINGHAM, on
     August 2, 2024; and

l.   $23,120.00 in U.S. Currency seized from DEAN SWAIN, on August 7,
     2024.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.